IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESUS NAVARRO RODRIGUEZ,

        Petitioner,

vs.                                                       Civ. No. 25-1149 JB/JFR

DORA CASTRO, Warden of Otero
Detention Facility; MARY DE ANDA-YBARRA,
ICE District Director, Otero, New Mexico;
KRISTI NOEM, in her capacity as Secretary of
Homeland Security; PAM BONDI, in her
capacity as Attorney General of the United
States,

        Respondents.

## ORDER SETTING HEARING VIA ZOOM

        **Date and time:**        Tuesday, March 3, 2026, at 1:30 p.m. MST

        **Matters to be heard:**        *Petition for Writ of Habeas Corpus* (Doc. 1) and *Motion to Dismiss* (Doc. 14)

**IT IS SO ORDERED** that counsel for the parties shall appear for a Zoom[1] hearing on the above matters. Client attendance is not required.

        **SO ORDERED.**

                                                      */s/ John F. Robbenhaar*
                                                      **JOHN F. ROBBENHAAR**
                                                      **United States Magistrate Judge**

---

[1] Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1609135623?pwd=bCET7dDqo961VL4WPDvAWdbVkTW7JV.1

Meeting ID: 160 913 5623
Passcode: 303893

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)